In the Matter of the Petition of J. FRANKLIN DUPONT, Respondent, for a Determination of Amount of Damages Sustained by Reason of a Change of Grade. VILLAGE OF PORT HENRY, Appellant.

*Matter of Dupont*, 170 App. Div. 927, affirmed.
(Argued January 4, 1916; decided January 18, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 22, 1915, which affirmed an order of Special Term appointing commissioners in change of grade damage proceedings.

The following question was certified: "Is the village of Port Henry liable, under section 159 of the Village Law, for damages sustained by abutting property owners by the change of the grade of a village street, when such change was made by the state of New York in construct- ing and improving such street as a part of an improved county highway under the authority of article VI of the Highway Law, as amended and in effect in the year 1914 ?"

*Fred W. Dudley* for appellant.

*Berne A. Pyrke* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.